GREENWICH SAVINGS BANK, Plaintiff, v. CORINNE ROCHE et al., Defendants. L. A. S. THEATRES, INC., Appellant; JOSEPH A. BAMBURY, as Receiver, Respondent.— Order, so far as appealed from, unanimously modified by reducing the allowance to the receiver's attorney to the sum of $600, and as so modified

affirmed, with disbursements to the appellant. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

HARRY ESCHBACH, Respondent, v. BULOVA WATCH CO., INC., Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.